UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                              )
                              )
  /                           )
              Plaintiff(s)    )
                              )      C 05-05231 SC
        -v-                   )
                              )  NOTICE OF FILING OF BANKRUPTCY APPEAL
  IN RE: CATHY COLEMAN        )  AND ORDER SETTING STATUS CONFERENCE
              Defendant(s)    )
                              )
```

RE:

Bankruptcy Case: 04-43327
Adversary No:
BAP No: 05-4279
Appellant

This Court has received a copy of the Notice of Appeal in the above referenced case upon election of direct appeal to the District Court.

The appeal has been assigned the following case number C05-05231 SC before the Honorable Samuel Conti at the San Francisco division.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 03/24/2006 at 10:00 AM in Ctrm 1, 17th Floor, SF

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

DATED: 12/19/2005

For the Court
Richard W. Wieking, Clerk

By: Deputy Clerk

MARY ANN BUCKLEY

cc: USBC
    Counsel of Record