LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant and Appellant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CATHY COLEMAN,<br><br>　　　　Debtor. | Case No. CV 05-05231 SC<br><br>[Bankruptcy Case No. 04-43327<br>Adversary Proceeding No. 05-4297] |
| CATHY COLEMAN,<br>　　　　Plaintiff,<br>　　v.<br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br>　　　　Defendants. | **ORDER RE BRIEFING SCHEDULE** |

　　　IT IS HEREBY ORDERED, based on the Stipulation of the parties on file herein, and good cause appearing, that the briefing schedule in this case is modified as follows:

　　　Opening Brief of Appellant due on or before March 22, 2006;

　　　Respondent's Brief due on or before April 21, 2006; and

　　　Reply Brief of Appellant due on or before May 12, 2006.

Dated: 2/7/06

_____
The Hon. Samuel Conti
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

1

Order
Case No. CV 05-05231 SC