UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  CATHY COLEMAN,<br><br>    Debtor.<br>_____<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>    Appellant,<br><br>  v.<br><br>CATHY COLEMAN,<br><br>    Appellee.<br>_____ | No. C-05-5231 SC<br><br>Bankruptcy No. 04-43327<br><br>Adversary Proceeding<br>No. 05-4297<br><br>ORDER CERTIFYING<br><u>INTERLOCUTORY APPEAL</u> |

    Appellee Cathy Coleman brought this adversary action in the Bankruptcy Court against Appellant Educational Credit Management Corporation ("ECMC").  The Bankruptcy Court denied ECMC's motion to dismiss for lack of jurisdiction.  ECMC appealed that order to this Court.  The Court affirmed the Bankruptcy Court's ruling and entered judgment in favor of Coleman.  <u>See</u> Docket Nos. 15, 16.  ECMC appealed this Court's ruling.  Docket No. 17.

    As the Bankruptcy Court's ruling on ECMC's motion to dismiss was an interlocutory order, the Ninth Circuit remanded the matter to this Court for the limited purpose of determining whether to certify the issue for appeal under 28 U.S.C. § 1292(b).  Docket No. 22.  Section 1292(b) provides, in part:

> When a district judge, in making in a civil
> action an order not otherwise appealable under
> this section, shall be of the opinion that

>such order involves a controlling question of
>law as to which there is substantial ground
>for difference of opinion and that an
>immediate appeal from the order may materially
>advance the ultimate termination of the
>litigation, he shall so state in writing in
>such order.

28 U.S.C. § 1292(b). Having reviewed the matter, the Court concludes that there is a controlling question of law as to which there is substantial ground for difference of opinion, warranting an immediate appeal. Specifically, the Court finds that termination of this matter will be materially advanced by resolution of whether undue hardship determinations -- whereby bankruptcy courts decide whether student loans qualify for discharge -- are ripe in a Chapter 13 case substantially in advance of plan completion.

The Court therefore certifies this matter for interlocutory appeal to the Ninth Circuit.

IT IS SO ORDERED.

Dated: August 26, 2008

_____
UNITED STATES DISTRICT JUDGE

2